UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GAYLE TURNER, et al., <br>     Plaintiffs, <br> v. <br> INNOVATIVE FACILITY SERVICES, LLC, et al., <br>     Defendants. | Case No.  14-cv-00544-BLF <br><br> **CASE MANAGEMENT ORDER** |

On 05/21/2014, 2014, the parties appeared before Judge Beth Labson Freeman for a Case Management Conference.

IT IS HEREBY ORDERED that the following schedule shall apply in this case:

| EVENT | DATE OR DEADLINE |
|---|---|
| Further Case Management Conference | N/A |
| Last Day to Amend Pleadings or Add Parties | N/A |
| Last Day to Disclose Experts | N/A |
| Fact Discovery Cut-Off | N/A |
| Expert Discovery Cut-Off | N/A |
| Last Day to Hear Dispositive Motions | N/A |
| Final Pretrial Conference/Motions in Limine | 03/05/2015 at 2:30 pm |
| Trial | 03/16/2015 at 9:00 am |

1    IT IS FURTHER ORDERED THAT all disputes with respect to disclosures or discovery
2 are referred to the assigned Magistrate Judge.
3    IT IS FURTHER ORDERED THAT the parties shall comply with the Court's standing
4 orders, which are available on the Court's website and in the Clerk's Office.
5    IT IS FURTHER ORDERED THAT the parties are to meet, confer and file a proposed
6 stipulated discovery schedule within 60 days.

8 Dated:  May 22, 2014

_____
BETH LABSON FREEMAN
United States District Judge