David Roth (State Bar No. 194648)
 dvr@manningllp.com
Miriam Renzi (State Bar No. 281888)
 mor@manningllp.com
**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**
121 Spear Street, Suite 200
San Francisco, California 94105-1582
Telephone: (415) 217-6990
Facsimile: (415) 217-6999

Attorneys for
MACY'S WEST STORES, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| GAYLE TURNER, et al.,, | Case No. 14-cv-00544-BLF |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER FOR DISCOVERY SCHEDULE** |
| v. | |
| INNOVATIVE FACILITY SERVICES, LLC, et al.,, | The Hon. Beth Labson Freeman |
| Defendant. | |

Per Case Management Order dated May 22, 2014 and signed by the Hon. Beth Labson Freeman, the parties hereby stipulate to the following discovery schedule:

| EVENT | DATE OR DEADLINE |
|---|---|
| Further Case Management Conference | |
| Mediation | 09/23/2014 |
| Last Day to Amend Pleadings or Add Parties | 11/28/2014 |
| Last Day to Disclose Experts | 11/28/2014 |
| Fact Discovery Cut-Off | 10/31/2014 |
| Expert Discovery Cut-Off | 11/28/2014 |
| Last Day to Hear Dispositive Motions | 01/30/2015 |
| Final Pretrial Conference/Motions in | 03/05/2015 at 2:30 pm |

1

Case No. 14-cv-00544-BLF
STIPULATION AND [PROPOSED] ORDER FOR DISCOVERY SCHEDULE

| Limine | |
|---|---|
| Trial | 03/16/2015 at 9:00 am |

DATED: July 18, 2014      **MANNING & KASS
ELLROD, RAMIREZ, TRESTER LLP**

By:     */s/David Roth*
       David Roth
       Miriam Renzi
       Attorneys for Defendant, MACY'S WEST STORES, INC.

DATED: July 18, 2014      **DREYER, BABICH, BUCCOLA, WOOD, CAMPORA, LLP**

By:     */s/Joseph Yates*
       Joseph Yates
       Attorneys for Plaintiff, GAYLE TURNER and TOM TURNER

DATED: July 18, 2014      **WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER, LLP**

By:     */s/Eric Wong*
       Eric Wong
       Attorneys for Defendant, INNOVATIVE FACILITY SERVICES, LLC.

[PROPOSED] ORDER

☒ The parties' stipulation is adopted and IT IS SO ORDERED.

☐ The parties' stipulation is modified as follows, and IT IS SO ORDERED.

Dated: July 21, 2014

*HONORABLE BETH LABSON FREEMAN*

## PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of San Francisco, State of California. My business address is 121 Spear Street, Suite 200, San Francisco, CA 94105-1582.

On the date set forth below, I served true copies of the following document(s) described as **STIPULATION AND [PROPOSED] ORDER FOR DISCOVERY SCHEDULE** on the interested parties in this action as follows:

### SEE ATTACHED SERVICE LIST

**BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with the practice of Manning & Kass, Ellrod, Ramirez, Trester LLP for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid. I am a resident or employed in the county where the mailing occurred. The envelope was placed in the mail at San Francisco, California.

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on July 18, 2014, at San Francisco, California.

_Mary A. Trubiano_
Mary A. Trubiano

# SERVICE LIST
## Gayle Turner v. Innovative Facility Services, Macy's West Stores, et al.
### Case No. 14-cv-00544-BLF 14-cv-00544

Joseph R. Yates, Esq.  
Dreyer Babich Buccola Wood Campora, LLP  
20 Bicentennial Circle  
Sacramento, CA 95826

Tel: 916-379-3500  
Fax: 916-379-3599

**Attorney for Plaintiffs**

Eric Wong, Esq.  
Wilson Elser Moskowitz Edelman & Dicker LLP  
525 Market Street, 17th Floor  
San Francisco, CA 94105-2725  
eric.wong@wilsonelser.com

Tel: 415-625-9271 (Direct)  
415-433-0990 (Main)  
Fax: 415-434-1370

**Attorneys for Defendant Innovative Facility Services, LLC**